# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of August, two thousand eighteen.

_____

Petersen Energa Inversora S.A.U. and Petersen Energa, S.A.U.,

          Plaintiffs-Appellees,

v.

Argentine Republic and YPF S.A.,

          Defendants-Appellants.

**ORDER**

Docket Nos: 16-3303, 16-3304

_____

Appellant, Argentine Republic, filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*. The panel that determined the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:

Catherine O'Hagan Wolfe, Clerk

