# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of October, two thousand eighteen.

Before:       Ralph K. Winter,
Guido Calabresi,
Denny Chin,
        *Circuit Judges.*

_____

Petersen Energía Inversora S.A.U. and Petersen Energía, S.A.U.,

       Plaintiffs-Appellees,

v.

Argentine Republic and YPF S.A.,

       Defendants-Appellants.

_____

**ORDER**

Docket Nos. 16-3303 (L),
16-3304 (Con.)

Appellants move to stay the mandate pending the filing and disposition of a petition for writ of certiorari. Appellees oppose the motion.

IT IS HEREBY ORDERED that the motion is GRANTED to the extent that the mandate shall be stayed for no more than 30 days pending the filing of a petition for writ of certiorari. The request to stay the mandate pending the disposition of the petition for writ of certiorari is DENIED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

