### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL

212-735-7806

EMAIL ADDRESS

MAURABARRY.GRINALDS@SKADDEN.COM

FIRM/AFFILIATE OFFICES

---------

BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON

---------

BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

October 31, 2018

Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re: *Petersen Energía Inversora S.A.U. v. Argentine Republic*, No. 16-3303(L), 16-3304(Con)

Dear Ms. Wolfe:

On behalf of Defendant-Appellant the Argentine Republic ("Argentina") in the above-captioned matter, I write pursuant to Federal Rule of Appellate Procedure 41(d)(2)(B) to provide the Court with written notice that Argentina has today filed a Petition for a Writ of Certiorari with the United States Supreme Court (the "Petition").

On September 4, 2018, Argentina moved to stay the issuance of this Court's mandate, pending the filing of the Petition. (*See* ECF Dkt. No. 164.) On October 2, 2018, this Court granted Argentina's motion "to the extent that the mandate shall be stayed for no more than 30 days pending the filing of a petition for writ of certiorari." (ECF Dkt. No. 176.) Pursuant to Federal Rule of Appellate Procedure 41(d)(2)(B), because Argentina has filed its Petition and provided written notice of doing so within the 30-day period of this stay, "the stay continues until the Supreme Court's final disposition" of the Petition.

Respectfully submitted,

/s/ Maura Barry Grinalds
Maura Barry Grinalds

cc: All counsel via ECF
Margaret Lain