# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26ᵗʰ day of April, two thousand and nineteen.

Before:        Ralph K. Winter,
               Guido Calabresi,
               Denny Chin,
                    *Circuit Judges.*

────────────────────────────────

Petersen Energa Inversora S.A.U. and
Petersen Energa, S.A.U.,                         **ORDER**

          Plaintiffs-Appellees,                  Docket No. 16-3303(L), 16-3304(con)

v.

Argentine Republic and YPF S.A.,

          Defendants-Appellants.

────────────────────────────────

Appellant Argentine Republic moves for clarification or reconsideration and to recall the mandate.

IT IS HEREBY ORDERED that the motion is DENIED.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court